**Opinion issued July 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00244-CV

_____

**JAMES ZOU, Appellant**

**V.**

**TODD GARRETT DBA RAPID RESPONSE JUDGMENT
ENFORCEMENT; TRAVIS B. BARGO, COURT-APPOINTED
RECEIVER; EVE ZOU; JP MORGAN CHASE BANK, N.A.; AND THE
AHN LAW FIRM, Appellees**

---

On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Case No. 2011-75656A

---

**MEMORANDUM OPINION**

Appellant James Zou[1] has filed a motion to dismiss the appeal. Appellant states that appellee Todd Garrett is agreed to the motion. No other appellee has filed a response opposing the motion.

Accordingly, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.

---

[1] The notice of appeal also includes Yan Z. Zou as an appellant, but Yan Z. Zou is not a party to the case below and is not mentioned in the judgment. Only named parties may appeal a judgment. *See BASF Fina Petrochemicals Ltd. P'ship v. B.B. Zachary Co.*, 168 S.W.3d 867, 870 (Tex. App.—Houston [1st Dist.] 2004, pet. denied). Although we find that Yan Z. Zour is not a party to this appeal, she is not without a remedy as she sought mandamus relief. *See In re Zou*, No. 01-26-00247-CV, 2026 WL 1216771 (Tex. App.—Houston [1st Dist.] May 5, 2026, orig. proceeding); *Terrazas v. Ramirez*, 829 S.W.2d 712, 723 (Tex. 1991). In the notice of appeal, both James Zou and Yan Z. Zou indicated an intent to file a petition for mandamus, which they did. *See In re Zou*, 2026 WL 1216771.